JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| ROBERT PICO, | Case No. EDCV 06-00890-DSF (MLG) |
| Petitioner, | JUDGMENT |
| v. | |
| JEANNE S. WOODFORD, | |
| Respondent. | |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: 10/27/08

*Dale S. Fischer*
_____
Dale S. Fischer
United States District Judge